AE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an at standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

07cv6340
JUDGE COAR
MAG. JUDGE COLE

In the Matter of

ANNE L. STEWART, on behalf of herself and all others similarly situated,

v.

GINO'S EAST RESTAURANT CORP.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anne Stewart

FILED
JN NOV X 8 2007
NOV X 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Norman Rifkind | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Lasky & Rifkind, Ltd. | |
| STREET ADDRESS 350 N. LaSalle Street, Suite 1320 | |
| CITY/STATE/ZIP Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6191038 | TELEPHONE NUMBER 312-634-0057 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |