AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ANNE L. STewART, on behalf of herself and
all others similarly situated,

v.

GINO'S EAST RESTAURANT CORP.,

CASE NUMBER: **07C 6340**

ASSIGNED JUDGE: **JUDGE COAR**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

GINO'S EAST RESTAURANT CORP.
c/o Registered Agent Jeffrey A. Himmel
600 W. Jackson Blvd.
Suite 200
Chicago, Illinois 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norman Rifkind
Lasky & Rifkind, Ltd.
350 N. LaSalle Street, Suite 1320
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____JANNETTE NUNEZ_____   NOV 0 8 2007
(By) DEPUTY CLERK                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/9/07 |
| NAME OF SERVER *(PRINT)* Tammy Brave | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon front desk receptionist/agent at 600 West Jackson, Suite 200 at 9:45 a.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/9/07
           *Date*

*Signature of Server* Tammy Brave

*Address of Server*  350 N. LaSalle, Suite 1320 Chicago, IL 60610

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.