**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated,      ) ) ) | |
| Plaintiff,      ) ) | Case No. 07 CV 6340 |
| v.      ) ) | Judge Coar |
| GINO'S EAST RESTAURANT CORP.      ) ) | Magistrate Judge Cole |
| Defendant.      ) | |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Gino's East Restaurant Corp. ("Gino's East"), by and through its attorneys, Daniel S. Kaplan and Marcia G. Cotler of Kaplan & Greenswag LLC, hereby files this Motion for an Extension of Time to Answer or Otherwise Plead in response to Plaintiff Anne L. Stewart's Class Action Complaint and in support thereof states as follows:

1.  Plaintiff filed her Class Action Complaint with this Court on November 8, 2007. Defendant was served with the Complaint on or about November 9, 2007, and pursuant to the summons, the answer or responsive pleading is to be due on or about November 29, 2007.

2.  Defendant has just retained the law firm of Kaplan & Greenswag LLC to represent it in this matter.

3.  Defendant's counsel needs an additional twenty eight (28) days to gather the necessary information to properly file a responsive pleading.

4. On November 29, 2007, Defendant's counsel called Plaintiff's counsel and asked if there was an objection. Plaintiff's counsel had no objection to Defendant's request for a twenty-eight day extension of time to answer or otherwise plead.

WHEREFORE, Defendant Gino's East Restaurant Corp. respectfully requests that this Court grant it an additional twenty-eight (28) days to answer or otherwise plead to Plaintiff's Class Action Complaint.

Dated: November 29, 2007                    Respectfully submitted,

                                            Gino's East Restaurant Corp.

                                            By: /s/Marcia G. Cotler_____
                                                One of their attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325