## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, )<br>)<br>) | |
| Plaintiff, ) | Case No. 07 CV 6340 |
| ) | |
| v. ) | Judge Coar |
| ) | |
| GINO'S EAST RESTAURANT CORP. ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

### *NOTICE OF MOTION*

**TO:**

**Amelia Susan Newton**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: newton@laskyrifkind.com

**Michael L. Greenwald**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Jack Reise**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Norman Rifkind**
Lasky & Rifkind, Ltd.
350 N LaSalle Street
Suite 1320
Chicago, IL 60610
Email: rifkind@laskyrifkind.com

**Leigh R. Lasky**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: lasky@laskyrifkind.com

**Stephen R. Astley**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

PLEASE TAKE NOTICE that on **December 6, 2007 at 9:00 a.m.** I shall appear before the Honorable Judge David H. Coar in Courtroom 1419, at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in his stead, and then and there present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead**.

2

                                      Gino's East Restaurant Corp.

                                      By: /s/Marcia G. Cotler
                                            One of their attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325

### *CERTIFICATE OF SERVICE*

     I HEREBY CERTIFY that true and correct copies of this **Notice of Motion** and **Defendant's Motion for Extension of Time to Answer or Otherwise Plead** were served upon the Plaintiffs' attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on November 29, 2007 before 4:00 p.m.

                                                /s/Marcia G. Cotler
                                                Marcia G. Cotler