**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 CV 6340 |
| v. ) ) | Judge Coar |
| GINO'S EAST RESTAURANT CORP. ) ) | Magistrate Judge Cole |
| Defendant. ) | |

## *NOTICE OF FILING*

**TO:**

**Amelia Susan Newton**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: newton@laskyrifkind.com

**Michael L. Greenwald**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Jack Reise**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Norman Rifkind**
Lasky & Rifkind, Ltd.
350 N LaSalle Street
Suite 1320
Chicago, IL 60610
Email: rifkind@laskyrifkind.com

**Leigh R. Lasky**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: lasky@laskyrifkind.com

**Stephen R. Astley**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

PLEASE TAKE NOTICE that on **December 20, 2007, we** filed **Defendant's Answers and Affirmative Defenses**.

                      Gino's East Restaurant Corp.

                      By: /s/Daniel S. Kaplan
                          One of its attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that true and correct copies of this **Notice of Filing** and **Defendant's Answers and Affirmative Defenses** were served upon the Plaintiffs' attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on December 20, 2007before 4:00 p.m.

                      /s/Daniel S. Kaplan
                      Daniel S. Kaplan