## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, | |
| Plaintiff, | **CASE No. 07 CV 6340** |
| | **JURY TRIAL DEMANDED** |
| v. | |
| | **Judge Coar** |
| GINO'S EAST RESTAURANT CORP., BRAVO RESTAURANTS, INC., BG EAST, LLC, EG SERVICES CORP., GINO'S EAST SERVICES, LLC, and DOES 1-10, | **Magistrate Judge Cole** |
| Defendants. | |

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT

TO:   Daniel S. Kaplan
      Kaplan & Greenswag LLC
      181 Waukegan Rd., Ste 205
      Northfield, IL  60093

PLEASE TAKE NOTICE THAT on February 14, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David Coar or any Judge sitting in his stead, in Courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and there and then present the Motion of Plaintiff for Leave to File Amended Complaint, a copy of which was previously served upon you.

DATED: February 8, 2008          **COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
JACK REISE (*pro hac vice*)
jreise@csgrr.com
STEPHEN R. ASTLEY (*pro hac vice*)
sastley@csgrr.com
MICHAEL L. GREENWALD (*pro hac vice*)
mgreenwald@csgrr.com


          s/MICHAEL L. GREENWALD
          MICHAEL L. GREENWALD

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

*Counsel for Plaintiff and the Proposed Class*

**LASKY & RIFKIND, LTD.**
LEIGH R. LASKY
NORMAN RIFKIND
AMELIA S. NEWTON
350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: 312/634-0057
312/634-0059 (fax)

*Local Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on today's date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties via transmission of Notices of Filing generated by CM/ECF.

                   s/MICHAEL L. GREENWALD
                   MICHAEL L. GREENWALD