**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | Case No. 07 CV 6340 |
| Plaintiff, ) | |
| ) | Judge Coar |
| v. ) | |
| ) | Magistrate Judge Cole |
| GINO'S EAST RESTAURANT CORP. ) BRAVO RESTAURANTS, INC., BG EAST, ) LLC, EG SERVICES CORP., GINO'S EAST ) SERVICES, LLC, and DOES 1-10, ) ) | |
| Defendants. ) | |

## *NOTICE OF FILING*

**TO:**

| | |
|---|---|
| **Amelia Susan Newton** | **Michael L. Greenwald** |
| Lasky & Rifkind, Ltd. | Coughlin Stoia Geller Rudman & Robbins LLP |
| 350 North LaSalle Street | |
| Suite 1320 | 120 East Palmetto Rd., Suite 500 |
| Chicago, IL 60610 | Boca Raton, FL 33432 |
| Email: newton@laskyrifkind.com | Email: mgreenwald@csrr.com |
| | |
| **Jack Reise** | **Norman Rifkind** |
| Coughlin Stoia Geller Rudman & Robbins LLP | Lasky & Rifkind, Ltd. |
| | 350 N LaSalle Street |
| 120 East Palmetto Rd., Suite 500 | Suite 1320 |
| Boca Raton, FL 33432 | Chicago, IL 60610 |
| Email: jreise@csgrr.com | Email: rifkind@laskyrifkind.com |
| | |
| **Leigh R. Lasky** | **Stephen R. Astley** |
| Lasky & Rifkind, Ltd. | Coughlin Stoia Geller Rudman & Robbins LLP |
| 350 North LaSalle Street | |
| Suite 1320 | 120 East Palmetto Rd., Suite 500 |
| Chicago, IL 60610 | Boca Raton, FL 33432 |
| Email: lasky@laskyrifkind.com | Email: sastley@csgrr.com |

PLEASE TAKE NOTICE that on **March 17, 2008,** Bravo Restaurants, Inc. filed its **Answer and Affirmative Defenses to Amended Class Action Complaint.**

Bravo Restaurants, Inc.

By: /s/Daniel S. Kaplan
One of its attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph: (847) 501-5300
Fax: (847) 501-5325

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that true and correct copies of this **Notice of Filing** and **Bravo Restaurants, Inc.'s Answer and Affirmative Defenses to Amended Class Action Complaint** were served upon the Plaintiff's attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on March 17, 2008 before 4:00 p.m.

/s/Daniel S. Kaplan
Daniel S. Kaplan