**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, )<br>)<br>)   Plaintiff, )<br>)<br>v. )<br>)<br>GINO'S EAST RESTAURANT CORP. )<br>BRAVO RESTAURANTS, INC., BG EAST, )<br>LLC, EG SERVICES CORP., GINO'S EAST )<br>SERVICES, LLC, and DOES 1-10, )<br>)<br>   Defendants. ) | Case No. 07 CV 6340<br><br>Judge Coar<br><br>Magistrate Judge Cole |

## *NOTICE OF FILING*

**TO:**

**Amelia Susan Newton**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: newton@laskyrifkind.com

**Michael L. Greenwald**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Rd., Suite 500
Boca Raton, FL 33432
Email: mgreenwald@csgrr.com

**Jack Reise**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Rd., Suite 500
Boca Raton, FL 33432
Email: jreise@csgrr.com

**Norman Rifkind**
Lasky & Rifkind, Ltd.
350 N LaSalle Street
Suite 1320
Chicago, IL 60610
Email: rifkind@laskyrifkind.com

**Leigh R. Lasky**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: lasky@laskyrifkind.com

**Stephen R. Astley**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Rd., Suite 500
Boca Raton, FL 33432
Email: sastley@csgrr.com

PLEASE TAKE NOTICE that on **March 17, 2008,** EG Services Corp. filed its **Answer and Affirmative Defenses to Amended Class Action Complaint.**

                EG Services Corp.

                By: /s/Daniel S. Kaplan
                    One of its attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325

### *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that true and correct copies of this **Notice of Filing** and **EG Services Corp.'s Answer and Affirmative Defenses to Amended Class Action Complaint** were served upon the Plaintiff's attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on March 17, 2008 before 4:00 p.m.

                /s/Daniel S. Kaplan
                Daniel S. Kaplan