# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

ANNE L. STEWART

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

BG EAST LLC

CASE NUMBER: 07 CV 6340

ASSIGNED JUDGE: COAR

V. THIRD PARTY DEFENDANT

DATA WAVE, INC.

DESIGNATED MAGISTRATE JUDGE: COLE

To: Name and address of Third Party Defendant

Data Wave, Inc.
Kemal Kelemet, Reg Agent
1440 N Kingsbury, Suite 5
Chicago, IL 60622

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael L. Greenwald
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Rd., Suite 500
Boca Raton, FL 33432

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Kaplan
Kaplan & Greenswag LLC
181 Waukegan Road, Suite 205
Northfield, IL 60093

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have

**Michael W. Dobbins, Clerk**

*J Cervantes* (signature)

--------------------------------
(By) DEPUTY CLERK

f's complaint, *unless* (1) this is a
nanding judgment against you
iles of Civil Procedure, in whic
to the claim of the third-party pl

**March 18, 2008**
--------------------------------
Date

(By) DEPUTY CLERK

AO 441  (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | 03/20/2008 |
| NAME OF SERVER *(PRINT)* NADIA CRISAN | TITLE | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where   KEMAL KELEMET, R.A.
1440 N. KINGSBURY, STE. 5, CHICAGO IL 60622

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

Executed on   03/20/2008
                    Date                          Signature of Server

181 WAUKEGAN RD, NORTHFIELD, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.