**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, ) ) ) | |
| ) Plaintiff, ) ) | Case No. 07 CV 6340 |
| v. ) ) | Judge Coar |
| GINO'S EAST RESTAURANT CORP. ) BRAVO RESTAURANTS, INC., BG EAST, ) LLC, EG SERVICES CORP., GINO'S EAST ) SERVICES, LLC, and DOES 1-10, ) ) Defendants. ) _____ ) ) BG EAST LLC, ) ) Defendant/Third-Party Plaintiff, ) ) v. ) ) DATA WAVE, INC. ) ) Third-Party Defendant. ) _____ ) | Magistrate Judge Cole |

## *NOTICE OF FILING*

**TO:**

| | |
|---|---|
| **Amelia Susan Newton** | **Michael L. Greenwald** |
| Lasky & Rifkind, Ltd. | Coughlin Stoia Geller Rudman & Robbins LLP |
| 350 North LaSalle Street | |
| Suite 1320 | 120 East Palmetto Rd., Suite 500 |
| Chicago, IL 60610 | Boca Raton, FL 33432 |
| Email: newton@laskyrifkind.com | Email: mgreenwald@csgrr.com |
| | |
| **Jack Reise** | **Norman Rifkind** |
| Coughlin Stoia Geller Rudman & Robbins LLP | Lasky & Rifkind, Ltd. |
| 120 East Palmetto Rd., Suite 500 | 350 N LaSalle Street |
| | Suite 1320 |

Boca Raton, FL 33432
Email: jreise@csgrr.com

Chicago, IL 60610
Email: rifkind@laskyrifkind.com

**Leigh R. Lasky**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: lasky@laskyrifkind.com

**Stephen R. Astley**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Rd., Suite 500
Boca Raton, FL 33432
Email: sastley@csgrr.com

    PLEASE TAKE NOTICE that on **March 20, 2008,** BG East, LLC filed with the Clerk of the U.S. District Court for the Northern District of Illinois a **Return of Service of Third Party Summons.**

    BG East, LLC

By:   /s/Daniel S. Kaplan
      One of its attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325

### *CERTIFICATE OF SERVICE*

    I HEREBY CERTIFY that true and correct copies of this **Notice of Filing** and **Return of Service of Third Party Summons** were served upon the Plaintiff's attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on March 20, 2008.

    /s/Daniel S. Kaplan
    Daniel S. Kaplan