- 1 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>GINO'S EAST RESTAURANT CORP., et al., )<br><br>Defendants. )<br>_____ )<br>BG EAST LLC, )<br><br>Defendant/Third-Party Plaintiff, )<br><br>v. )<br><br>DATA WAVE, INC. )<br><br>Third-Party Defendant. ) | Case No. 07 CV 6340<br><br>Judge Coar<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

To:   See attached Service List

**YOU ARE HEREBY NOTIFIED** that on the **15th day of April, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before The Honorable Judge David H. Coar in Courtroom 1419, at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Third Party Defendant's Motion for Extension of Time to Answer Third Party Complaint.

                                        Data Wave, Inc.

                              By:   s/ Charles J. Corrigan
                                        One of its attorneys

Charles J. Corrigan, ARDC #6196402
Dommermuth, Brestal, Cobine and West Ltd
123 Water Street
Naperville, Illinois 60540
Ph: 630-355-5800
Email: cjc1@dbcw.com

134790/1

- 2 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Case No. 07 CV 6340**

**Service List**

Jack Reise
Email:  jreise@csgrr.com
Michael L. Greenwald
Email:  mgreenwald@csgrr.com
Stephen R. Astley
Email:  sastley@csgrr.com
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, Florida 33432
    Attorneys for Annie L. Stewart

Amelia Susan Newton
Email:  newton@laskyrifkind.com
Leigh R. Lasky
Email:  lasky@laskyrifkind.com
Norman Rifkind
Email:  rifkind@laskyrifkind.com
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, Illinois 60610
    Attorneys for Annie L. Stewart

Daniel Steven Kaplan
Email:  dkaplan@kaplangreenswag.com
Kaplan & Greenswag LLC
1818 Waukegan Road
Suite 205
Northfield, IL 60093
    Attorney for Gino's East Restaurant Corp., Bravo Restaurants, Inc., BG East, LLC, EG Services Corp., and Gino's East Services LLC

- 2 -

134790/1

- 3 -

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that true and correct copies of this Notice of Motion and Third Party Defendant's Motion for Extension of Time to Answer Third Party Complaint were served upon the Plaintiffs' attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on April 9, 2008 before 5:00 p.m.

                              s/ Charles J. Corrigan

Charles J. Corrigan
ARDC #6196402
Dommermuth, Brestal, Cobine and West Ltd
123 Water Street
Naperville, Illinois 60540
Ph: 630-355-5800
Email: cjc1@dbcw.com