**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Anne L. Stewart

                         Plaintiff,

v.                                                         Case No.: 1:07−cv−06340
                                                            Honorable David H. Coar

Gino's East Restaurant Corp., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Motion of third party defendant Data Wave, Inc for extension of time to answer third party complaint [44] is granted for an additional 21 days. Third party defendant Data Wave to answer or plead to the third party complaint on or before 5/6/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.