IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GINO'S EAST RESTAURANT CORP., et al.,<br><br>Defendants.<br>_____<br><br>BG EAST, LLC,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>DATA WAVE, INC.,<br><br>Third-Party Defendant. | Case No. 07 CV 6340<br><br>Judge Coar<br><br>Magistrate Judge Cole |

**THIRD PARTY DEFENDANT, DATA WAVE, INC.'S
MOTION TO DISMISS THIRD PARTY
COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**

Third-Party Defendant, Data Wave Inc., by its attorney, Charles J. Corrigan, Dommermuth, Brestal, Cobine, and West Ltd., of counsel, hereby moves to dismiss BG East, LLC's Third Party Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Third Party Defendant has filed an accompanying Memorandum of Law.

- 1 -

135257/1

- 2 -

WHEREFORE, Third Party Defendant, Data Wave, Inc., respectfully requests that this Honorable Court dismiss the Third Party Complaint filed by BG East, LLC.

Dated:  May 6, 2008                                                Respectfully Submitted,
                                                                                    Data Wave, Inc., Third Party Defendant

                                                                                    By:     s/ Charles J. Corrigan
                                                                                                One of its attorneys

Charles J. Corrigan
ARDC #6196402
Dommermuth, Brestal, Cobine and West, Ltd.
123 Water Street
Naperville, Illinois 60540
Ph: 630-355-5800
Fax: 630-355-5976
Email: cjc1@dbcw.com

- 2 -

135257/1