**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GINO'S EAST RESTAURANT CORP., et al., | ) ) | |
| Defendants. | ) ) | Case No. 07 CV 6340 |
| _____ | ) ) | Judge Coar |
| BG EAST LLC, | ) ) | Magistrate Judge Cole |
| Defendant/Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| DATA WAVE, INC. | ) ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF FILING**

TO:    See attached Service List

**PLEASE TAKE NOTICE** that on May 6, 2008, we filed with the Clerk of the Circuit Court for the Northern District of Illinois, Eastern Division, Third-Party Defendant's Memorandum of Law in Support of Motion to Dismiss Third Party Complaint, a copy of which are herewith served upon you.

                           Data Wave, Inc.

                           By:    s/ Charles J. Corrigan
                                  One of its attorneys

Charles J. Corrigan, ARDC #6166402
Dommermuth, Brestal, Cobine & West, Ltd.
123 Water Street
Naperville, Illinois 60540
(630) 355-5800
Email:  cjc1@dbcw.com
135256/2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Case No. 07 CV 6340**

**<u>Service List</u>**

Jack Reise
Email:  jreise@csgrr.com
Michael L. Greenwald
Email:  mgreenwald@csgrr.com
Stephen R. Astley
Email:  sastley@csgrr.com
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, Florida 33432
  Attorneys for Annie L. Stewart

Amelia Susan Newton
Email:  newton@laskyrifkind.com
Leigh R. Lasky
Email:  lasky@laskyrifkind.com
Norman Rifkind
Email:  rifkind@laskyrifkind.com
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, Illinois 60610
  Attorneys for Annie L. Stewart

Daniel Steven Kaplan
Email:  dkaplan@kaplangreenswag.com
Kaplan & Greenswag LLC
1818 Waukegan Road
Suite 205
Northfield, IL 60093
  Attorney for Gino's East Restaurant Corp., Bravo Restaurants, Inc., BG East, LLC,
  EG Services Corp., and Gino's East Services LLC

135256/2

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that true and correct copies of this Third Party Defendant's Memorandum of Law in Support of Motion to Dismiss Third Party Complaint was served upon the attorneys on the Service List, at their addresses of record, via electronic mail and/or U.S. Mail, on May 6, 2008 before 5:00 p.m.

                                                s/ Charles J. Corrigan

Charles J. Corrigan  
ARDC #6196402  
Dommermuth, Brestal, Cobine and West Ltd  
123 Water Street  
Naperville, Illinois 60540  
Ph: 630-355-5800  
Email: cjc1@dbcw.com

135256/2