UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Anne L. Stewart
                           Plaintiff,

v.                                                   Case No.: 1:07−cv−06340
                                                               Honorable David H. Coar

Gino's East Restaurant Corp., et al.
                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Set deadlines/hearing as to motion to dismiss[49] : Responses due by 5/29/2008, Replies due by 6/12/2008. MOTION by Third Party Defendant Data Wave Inc. to dismiss Third Party Complaint [49] is set for ruling 7/16/2008 at 9:00 a.m. Ruling set for 7/16/2008 at 09:00 AM. Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.