**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Anne L. Stewart

                                        Plaintiff,

v.                                                                             Case No.: 1:07−cv−06340
                                                                           Honorable David H. Coar

Gino's East Restaurant Corp., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable David H. Coar:MOTION by Defendants Gino's East Restaurant Corp., Bravo Restaurants, Inc, BG East, LLC, EG Services Corp., Gino's East Services LLC for protective order [47] is granted, the Court will enter the protective order submitted. Parties need not appear on the noticed motion date of 5/14/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.