Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6340 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Anne L. Stewart v. Gino's East Restaurant Corp., et al | | |

**DOCKET ENTRY TEXT:**

The parties are advised to adhere and follow Local Rule 5.8 when filing documents under seal pursuant to this restricting/ protective order. Further, Local Rule 26.2 (and in particular 26.2(e)) shall apply unless otherwise ordered by this Court. Absent a motion from a party, sealed documents will be placed in the public record after closing of the case as stated in L.R. 26.2(e). Enter Confidentiality Order.

■ [ For further detail see attached order.]   Docketing to mail notices

| | Courtroom Deputy Initials: | PAM. |
|---|---|---|

07 C 6340 Stewart v. Gino's

Page 1 of 1