**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | Case No. 07 CV 6340 |
| Plaintiff, ) ) | |
| ) | Judge Coar |
| v. ) ) | |
| ) | Magistrate Judge Cole |
| GINO'S EAST RESTAURANT CORP. ) BRAVO RESTAURANTS, INC., BG EAST, ) LLC, EG SERVICES CORP., GINO'S EAST ) SERVICES, LLC, and DOES 1-10, ) ) | |
| Defendants. ) _____) ) | |
| BG EAST LLC, ) ) | |
| Defendant/Third-Party Plaintiff, ) ) | |
| v. ) ) | |
| DATA WAVE, INC. ) ) | |
| Third-Party Defendant. ) | |

## *NOTICE OF FILING*

**TO:**

**Amelia Susan Newton**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: newton@laskyrifkind.com

**Michael L. Greenwald**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Jack Reise**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Norman Rifkind**
Lasky & Rifkind, Ltd.
350 N LaSalle Street
Suite 1320
Chicago, IL 60610
Email: rifkind@laskyrifkind.com

| | |
|---|---|
| **Leigh R. Lasky** | **Stephen R. Astley** |
| Lasky & Rifkind, Ltd. | Coughlin Stoia Geller Rudman & Robbins LLP |
| 350 North LaSalle Street | 120 East Palmetto Road |
| Suite 1320 | Suite 500 |
| Chicago, IL 60610 | Boca Raton, FL 33432 |
| Email: lasky@laskyrifkind.com | |

**Charles J. Corrigan**
Dommermuth Brestal Cobine & West, Ltd.
123 Water Street
P.O. Box 565
Naperville IL 60566-0565
Email: cjc1@dbcw.com

  PLEASE TAKE NOTICE that on May 27, 2008 Defendant/Third-Party Plaintiff BG East, LLC filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, its **Response to Data Wave, Inc.'s Motion to Dismiss**.

             BG East, LLC

             By: /s/Daniel S. Kaplan
               One of its attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph: (847) 501-5300
Fax: (847) 501-5325

## *CERTIFICATE OF SERVICE*

  I HEREBY CERTIFY that true and correct copies of this **Notice of Filing** and **Response to Data Wave, Inc.'s Motion to Dismiss** were served upon the above named attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on May 27, 2008.

             /s/Daniel S. Kaplan
             Daniel S. Kaplan