# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| GINO'S EAST RESTAURANT CORP., et al., ) ) | |
| Defendants. ) ———————————————————— ) ) | Case No. 07 CV 6340 |
| BG EAST LLC, ) ) | Judge Coar |
| Defendant/Third-Party Plaintiff, ) ) | Magistrate Judge Cole |
| v. ) ) | |
| DATA WAVE, INC. ) ) | |
| Third-Party Defendant. ) | |

## NOTICE OF FILING

TO:    See attached Service List

**PLEASE TAKE NOTICE** that on June 5, 2008, we filed with the Clerk of the Circuit Court for the Northern District of Illinois, Eastern Division, Third-Party Defendant's Reply in Support of Motion to Dismiss Third Party Complaint, a copy of which is herewith served upon you.

                                                 Data Wave, Inc.

                                        By: /s/ Charles J. Corrigan
                                            One of its attorneys

Charles J. Corrigan, ARDC #6166402
Dommermuth, Brestal, Cobine & West, Ltd.
123 Water Street
Naperville, Illinois 60540
(630) 355-5800
Email: cjc1@dbcw.com
135256/2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
**Case No. 07 CV 6340**

**<u>Service List</u>**

Jack Reise
Email:  jreise@csgrr.com
Michael L. Greenwald
Email:  mgreenwald@csgrr.com
Stephen R. Astley
Email:  sastley@csgrr.com
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, Florida 33432
    Attorneys for Annie L. Stewart

Amelia Susan Newton
Email:  newton@laskyrifkind.com
Leigh R. Lasky
Email:  lasky@laskyrifkind.com
Norman Rifkind
Email:  rifkind@laskyrifkind.com
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, Illinois 60610
    Attorneys for Annie L. Stewart

Daniel Steven Kaplan
Email:  dkaplan@kaplangreenswag.com
Kaplan & Greenswag LLC
1818 Waukegan Road
Suite 205
Northfield, IL 60093
    Attorney for Gino's East Restaurant Corp., Bravo Restaurants, Inc., BG East, LLC,
    EG Services Corp., and Gino's East Services LLC

135256/2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of this Third Party Defendant's Reply in Support of Motion to Dismiss Third Party Complaint was served upon the attorneys on the Service List, at their addresses of record, via electronic mail and/or U.S. Mail, on June 5, 2008.

/s/ Charles J. Corrigan

Charles J. Corrigan
ARDC #6196402
Dommermuth, Brestal, Cobine and West Ltd
123 Water Street
Naperville, Illinois 60540
Ph: 630-355-5800
Email: cjc1@dbcw.com

135256/2