## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6340 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Stewart vs. Gino's East Restaurant Corp., et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, Third Party Defendant's Motion to Dismiss Third Party Complaint [49] is DENIED. Data Wave is ordered to answer within 21 days.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JK(LC) |
|---|---|---|