## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNE L. STEWART, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 CV 6340 |
| v. ) ) | Judge Coar |
| GINO'S EAST RESTAURANT CORP. ) BRAVO RESTAURANTS, INC., BG EAST, ) LLC, EG SERVICES CORP., GINO'S EAST ) SERVICES, LLC, and DOES 1-10, ) ) | Magistrate Judge Cole |
| Defendants. ) _____) ) | |
| BG EAST LLC, ) ) | |
| Defendant/Third-Party Plaintiff, ) ) | |
| v. ) ) | |
| DATA WAVE, INC. ) ) | |
| Third-Party Defendant. ) | |

### *NOTICE OF MOTION*

**TO:**

**Amelia Susan Newton**
Lasky & Rifkind, Ltd.
350 North LaSalle Street
Suite 1320
Chicago, IL 60610
Email: newton@laskyrifkind.com

**Michael L. Greenwald**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Jack Reise**
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Road
Suite 500
Boca Raton, FL 33432

**Norman Rifkind**
Lasky & Rifkind, Ltd.
350 N LaSalle Street
Suite 1320
Chicago, IL 60610
Email: rifkind@laskyrifkind.com

| | |
|---|---|
| **Leigh R. Lasky** | **Stephen R. Astley** |
| Lasky & Rifkind, Ltd. | Coughlin Stoia Geller Rudman & Robbins LLP |
| 350 North LaSalle Street | 120 East Palmetto Road |
| Suite 1320 | Suite 500 |
| Chicago, IL 60610 | Boca Raton, FL 33432 |
| Email: lasky@laskyrifkind.com | |

**Charles J. Corrigan**
Dommermuth Brestal Cobine & West, Ltd.
123 Water Street
P.O. Box 565
Naperville IL 60566-0565
Email: cjc1@dbcw.com

PLEASE TAKE NOTICE that on **July 28, 2008 at 9:00 a.m.** I shall appear before the Honorable Judge David H. Coar in Courtroom 1419, at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in his stead, and then and there present Defendants' **Motion for Entry of Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a) (2).**

        Gino's East Restaurant Corp.,
        Bravo Restaurants, Inc.,
        BG East, LLC, EG Services Corp. and
        Gino's East Services, LLC

        By: /s/Daniel S. Kaplan
           One of their attorneys

Daniel S. Kaplan (ARDC No. 6204533)
Marcia G. Cotler (ARDC No. 6201178)
Kaplan & Greenswag LLC
181 Waukegan Road Suite 205
Northfield, IL 60093
Ph:  (847) 501-5300
Fax: (847) 501-5325

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that true and correct copies of this **Notice of Motion** and **Motion for Entry of Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a) (2)** were served upon the above named attorneys, at their addresses of record, via electronic mail and/or U.S. Mail, on July 22, 2008 before 4:00 p.m.

        /s/Daniel S. Kaplan
        Daniel S. Kaplan