# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6340 | **DATE** | 7/28/2008 |
| **CASE TITLE** |  | Stewart vs. Gino's East Restaurant | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/28/2008. Motion [63] for entry of order of dismissal pursuant to FRCP 41(a)(2) is granted in part. This action is dismissed, however, the Court declines to exercise supplemental jurisdiction over the third party claims. Civil case terminated.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|